*(ORIGINAL) Not enough copies given*
*by Defendants Arizona Dept. of*
*Corrections*

**AlFRED E. CaroffA**
Name and Prisoner/Booking Number

**#350727 ASPC Tucson** *to save All copies*
Place of Confinement

**PO Box 24401**
Mailing Address

**Tucson, AZ. 85734**
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☑ FILED    ☐ LODGED
☐ RECEIVED    ☐ COPY

9    **MAY 31 2022**    9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

*Ex parte #350727*
**AlFred E. Caraffa** ,
(Full Name of Plaintiff)

Plaintiff,

v.

CASE NO. _____
(To be supplied by the Clerk)

**(1) President Joe Biden (1)**
(Full Name of Defendant)

**(2) United States (2)**

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

**(3) State of Arizona (3)**

**(4) Arizona Dept of Corrections (4)**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

*3) Jury Trial Demand
under the 7th Amend.
U.S. Constitution*

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: **Official and Individual Capacity**

2. Institution/city where violation occurred: **ASPC-Tucson/AZ**

Revised 3/11/16

*1 of 49
total pages*

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: **President Joe Biden** The first Defendant is employed
as: **Pres. of United States** at **Federal government**
         (Position and Title)                                    (Institution)

2.   Name of second Defendant: **United States** The second Defendant is employed as:
as: **U.S.A.** at **Federal government**
         (Position and Title)                                    (Institution)

3.   Name of third Defendant: **State of Arizona** The third Defendant is employed
as: **State in U.S.A** at **State gov. Agency**
         (Position and Title)                                    (Institution)

4.   Name of fourth Defendant: **AZ. Dept of Corrections** The fourth Defendant is employed
as: **Dept. of Corrections** at **State gov. Agency**
         (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2.   If yes, how many lawsuits have you filed? **TO MANY** Describe the previous lawsuits:

   a.   First prior lawsuit: **SE Exhibits / Query Search**
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) **PENDING MOTION FILING**

   b.   Second prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.   Third prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 - A of 5 of 49

## (B) Defendant(s)

(5) The name of the 5th Defendant Is C/o II Byrd, the 5th Defendant Is Employed as Mail/property Correctional officer(on March 16th 2022) at Arizona State prison Complex-Tucson on Rincon compound.

(6) The name of the 6th Defendant Is Attorney General of Arizona Mark Bonivich (IN July 2021). The 6th Defendant was Employed as Attorney General of Arizona, at Attorney General's office, IN the State of Arizona.

(7th) The name of the 7th Defendant Is Unknown State Employes of Arizona, the 7th Defendant (The Collective) work as State of Arizona Employes(under official Capacity)at/IN the State of Arizona

2-B of 5 of 49

## (8) Defendant(s) (contiuned)

(8) The name of the 8th Defendant is Employee(s) of the United States. The 8th Defendant(s) Are Employed as/under official Capacity as employees of the United States at/IN the federal government.

(9) Plus All Defendant(s) IN All cases under this writ of habeas Corpus and UNconstitutional Confinement from Jan 2020 until Present.

(10) Name of the 10th Defendant is U.S. Solicitor General of the United States. the 10th Defendant is Employed as Solicitor-General of the United States for the United States of America.

2-C of 5 of 49

(B) Defendants

(77) Name of the 77th Defendant is Governor Ducey of the state of Arizona. The 77th Defendant is Employed as The Governor of the State of Arizona In the State of Arizona.

(C) Previous Lawsuits
to Include w/ this action

2) Alfred Caraffa V. Tempe Police Dept.
2:19-CV-05492-PHX-MTL (ESW)
pending trial (Accepted) 2/21/20 for
trial under A habeas Case.

(3) All civil actions Filed since Jan. 2020
until Present under Alfred E. Caraffa
Now ADC# 350727

2-D of 5 of 49

# (B). DEFENDANT(S)

12) Name of the 12th Defendant Is MR. Torres. the 12th Defendant Is Employed as LAW Library Clerk of RINCON unit in ASPC-Tucson at ASPC-Tucson

13) Name of the 13th Defendant IS Paralegal Jane Doe #1000. The 23th Defendant is Employed as the Para-legal of Law Library at ASPC-Tucson

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated First Amend. Petition clause U.S. Constitution

2. **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☑ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   ON March 30th 2022 under Authority of the Arizona Dept. of Corrections for the State of Arizona the Law Library-Paralegal at ASPC Tucson Denied copies in A writ of habeas Corpus to the Supreme Court of the United States

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Violation(s) of Liberty, Due process of Law

5. **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☑ No
   c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  NO grievance forms ~~are~~ Available

49 total            3 of 13

## D. CAUSE OF ACTION

~~COUNT I~~ Count two

1. State the constitutional or other federal civil right that was violated: Due Process of Law - violation to Liberty U.S. constitution

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☒ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 5/20/2022 this Petitioner was Not Allowed to Recieve Copies of A writ of habeas Corpus to be filed to the Supreme Court of the United States by the Para-legal of Arizona State Prison Complex-Tucson on Rincon Unit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deprived Liberty and caused undue Punishment and undue Delay!

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A federal Court Issue

8, A
of 13

Count three
~~COUNT II~~

1. State the constitutional or other federal civil right that was violated: Due Process of
Law Under the 14th Amendment United States Const.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Liberty

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what
**each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without
citing legal authority or arguments.

ON 3/20/2022 under Authority of the Arizona
Department of Corrections for the State of
Arizona the Plaintiff (ALFRED E. Caraffa) (#
350727) was Deprived her Constitional
Rights, privileges and Immunities by and
Under Employees of the Arizona Dept. of
Corrections and the State of Arizona.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Denied the Right to Liberty and Subject to
Undue cruel and unusual Punishment

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                              ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?                 ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?        ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. A Federal Court Issue

3B of 13

Count Four

1. State the constitutional or other federal civil right that was violated: Due Process of Law Under the 14th Amendment of the U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Equal protection

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Between (But not limited too) Oct 2021 to March 2022 Alfred Erik Caraffa ADC(#350727) has Been Deprived and Denied the Equal Protection of the Law by State Employees Under the Authority of the Arizona Dept. of Corrections In the State of Arizona

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Denied United States Constitutional Rights Privileges and Immunities

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Court Issue

   8 ½ of 13

Count 5

~~COUNT III~~

1.  State the constitutional or other federal civil right that was violated: _Equal Protection_
_of the Law under the 14ᵗʰ Amendment U.S. Const._

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail                  ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property              ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety   ☒ Other: _Equal protection_

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Under Authority of the United States of_
_America In official capacity, Employees_
_of the United States have Deprived and_
_Denied United States Constitutional Laws_
_And ARIZONA Constitutional Laws to_
_this Petitioner Alfred E. Caraffa ADC_
_#350727. An United States Citizen Born_
_In Camden N.J. on XX/XX/1970_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Deprived and Denied Rights and privileges_
_as A citizen of this United States._

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?                ☐ Yes    ☒ No
    c.  Did you appeal your request for relief on Count III to the highest level?       ☐ Yes    ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _A federal Court Issue_

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

3D of 13

## Count SIX
~~COUNT III~~

1. State the constitutional or other federal civil right that was violated: **Due Process**
**Of Law 14th Amendment U.S. CONSTITUTION[1]**

2. **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: **Deprived Liberty**
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments:

ON July 16th 2020, Under Authority of the Attorney General's office of the State of Arizona; The Attorney General's office (Mark Bronvich) Recieved A copy of AN 9th Cir. Court of Appeals civil action 20-16246 which Included 20-16295 And Failed to Respond Reasonably to AN Unconstitutional and Unlawfully IN Custody writ of habeas Corpus.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deprived of Liberty IN AN Unlawful INCarcerated

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Doesn't Apply at this Prison

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

3-E of 13

**D. . CAUSE OF ACTION**

COUNT 7
**COUNT I**

1. State the constitutional or other federal civil right that was violated. **Eighth**

**AMENDMENT U.S. CONSTITUTION**

2. **Count I.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail              ☒ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

UNDER AN UNConstitutional Conviction Employes of Arizona Dept. of Corrections(Unknown Defendents) Caused undue cost to the state of Arizona by Refusing to mail Legal Federal Documents by U.S.P.S Legal Mail for several Court cases In Dist Court of Arizona Tucson See exhibits of Evidence

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

UNDUE Cost to the State taxes In the State of Arizona

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                      ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?           ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Court Issue

3F₃ of 13

Count 8
~~COUNT II~~

1. State the constitutional or other federal civil right that was violated: **VIOLATIONS**
**OF FEDERAL RULES TO CIVIL PROCEDURE**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   UNdER color of State Law with the Authority UNdER the State of Arizona (UNKNOWN Defendants) have held Alfred Caraffa ADC 350127 IN A UNConstitutional Custody for at least 870 days to DENY U.S. Constitutional Rights, Privileges and Immunities Afforded to other U.S. Citizens And themselves

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Willing and Knowing DENYING Rights of the U.S. Constitution.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Federal Court is highest level

3G of 13

COUNT 9
**COUNT III**

1.  State the constitutional or other federal civil right that was violated: Due Process
of Law U.S. Constitution

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☒ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Under the Authority of the U.S.A. and State of Arizona. Federal and State Employees (Unknown Defendants) have Deprived Liberty in An Unlawful Conviction by Denying Access to the Courts under An Court Error Used to Barr this Plaintiff from Access to the Courts.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Deprived Liberty Without Due Process of Law by the State/Federal Courts

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                      ☒ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?           ☐ Yes      ☒ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Federal Court is highEst level

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

# Count 10

## D.  CAUSE OF ACTION

~~COUNT I~~

1. State the constitutional or other federal civil right that was violated. Violation of

4 U.S.C.S Section-1

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety     ☒ Other: Civil Rights

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Under Authority of the state of Arizona
And color of state Law Defendant(s)
have used their official capacity
as employes of the state of Arizona
to deprive civil rights to this
Petitioner Alfred E. Caraffm ADC
#350727 during An Unconstitutional
Conviction (A Federal Question)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Deprived Constitutional Rights, privileges
And Immunities to Liberty and equal protection

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes  ☐ No
   b.  Did you submit a request for administrative relief on Count I?                          ☐ Yes  ☒ No
   c.  Did you appeal your request for relief on Count I to the highest level?                 ☐ Yes  ☒ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Court issue

49 Total        3T of 13

**Count II**
**COUNT II**

1. State the constitutional or other federal civil right that was violated: Violation of
42 U.S.C.S. §2000h-3

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety     ☒ Other: Civil Rights

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Under Authority of the State of Arizona
And the United States of America
Defendant(s) have hindered the
filing of A writ of habeas Corpus
to the Federal Courts (A federal
Question)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deprived Constitutional Rights

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?                    ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?          ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Issue

3J of 13

**Count 22**
**COUNT III**

1. State the constitutional or other federal civil right that was violated: **Violations**
**of 42 USCS §2000h-2**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
- ☐ Basic necessities       ☐ Mail              ☐ Access to the court    ☐ Medical care
- ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion   ☐ Retaliation
- ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: **Civil Rights**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

**Under Authority of the State of Arizona Gov. Ducey and the Attorney General of Arizona Deprived Constitutional Protection of the Laws to this Petitioner on Account of Religion and Sexual origin (A federal Question)**

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
**Deprived Constitutional Rights.**

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?              ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **A federal Court issue**

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

**3k of 13**

## Count 13

1) constitutional right violated —
14th Amendment of the United States
Constitution

2) Equal protection of Law

3) Under the Authority of the State
of Arizona And color of state Law
Defendant(s) of State Department(s)
of Arizona have hindered to release
From Custody of the Arizona Dept.
of Corrections for AN UNconstitutional
Conviction Based on clear and convincing
Evidence of Arizona Constitutional
Laws and United States Constitutional
Laws. See exhibit(C) 1 of 4 pgs.

4) Deprived Liberty and property
And Constitutional Rights, privileges,
Immunities

5) yes
   No
   No - A Federal Court Issue.
              3L of 13+2

# COUNT 4

1) Constitutional right violation of 42 USCS § 1981 Pt. 1 of 3 (a) (b) (c) (A federal Constitutional Question)

2) equal protection of the Law

3) under Authority of State of Arizona and color of State Law Defendant(s) Employes of the Arizona Dept. of Corrections have hindered the Making of Contract(s) for food, Drinks and Cigarettes from person(s) within the Jurisdiction of this United States of America

4) Deprived Food, Drinks, and property

5) yes
   NO
   NO
   A Federal Court issue.

       3 M/ of 23+2

<u>COUNTS</u>

1) Constitutional right Violation of 42 USGS § 1983 pt. 1 of 16 (A federal Constitutional Question)

2) Civil action for deprivation of Rights, Privileges and Immunities.

3) UNDER AN Error of the Federal Courts, During AN habeas case This Petitioner was Deprived Constitutional rights, privileges, Immunities of the Constitution(s) of the United States and/or the State of Arizona See exhibits A1 and A2/B01.

4) Deprived Liberty and property by Error of the court(s)

5) Yes
NO
NO
A federal Court issue
<u>3N</u> of <u>13 + 2 of 49</u>

# COUNT 16

1) Violation of Constitutional Right of 42 USCS § 1985 Pt. 1 of 2 (2)(3) (A federal constitutional Question)

2) Conspircy to interfere with Civil rights (2) (3)

3) under color of state Law with the Authority of the State of Arizona government Employes have obstructed Justice in An hebees Corpus Case(s) and Deprived this Petitioner of the rights and privileges secured by the U.S. Constitution and Arizona Constitutional Laws. To exercise my Constitutional Rights and privileges as A citizen of this United States

4) Deprived Constitutional Rights and privileges as A citizen of this United states

5) yes
No
No - A Federal Court issue

4 A of 23 of 49

# Count II

1) Violation of civil rights 42 USCS § 1986 - (A federal Constitutional Question)

2) Neglect to prevent Conspircy

3) Under color of state Law, with the Authority of the State of Arizona Employes of the Dept. of Corrections have directly or indirectly had knowledge of An writ of habeas corpus for An Unconstitutional Convictiin Conspired to prevent the release and verdict in A habeas Case to Liberty Under Constitutional Laws and/or Aided in preventing or Denying that Release from Custody. After being Informed of such Constitutional Rights, privileges of Alfred Caraffa ADC # 350727

4) Deprived Constitutional Rights Privileges in A habeas Corpus case(s)

5) yes
   No

   NO - A federal Court issue

# Count 18

1) constitutional Right violation —
   Seventh Amendment of U.S Constitution
   (A federal Constitutional Question)
2) Right to Jury trial

3) In civil action 2:19-CV-05492-
   PHX-MTL (ESW) Defendants United
   States of America have hindered the
   trial by Jury.
   As this civil action with two
   orders of the 9th circuit court of
   Appeals "as Not final or Appealabile"
   (See Exhibits docket sheets case No. 20-
   16151 and 21-75482)(enclosed)
   Are causing Irreparable harm with
   Interest rates on that Judgment
   at #52,200,000 Dollars every 90 days.
   For A civil action of false Arrest and
   False Imprisonment.

4) Deprived Right to Jury trial In
   first unconstitutional Imprisonment.

   4 C of 23 of 49

## Count 18 (cont)

5) yes
   No
   No
   A Federal Court Issue

## Count 19

1) Constitutional Right violation
   14th Amendment of U.S. Constitution

2) Equal protection of Law

3) under color of State Law with
   the Authority of the State of
   Arizona, the Superior Court of
   Maricopa County clerk's office
   denied the case File information
   to this Petitioner in A habeas case(s)

4) Deprived Due process of Law to
   Liberty and Property

   4 D of 23 of 49

## Count 19 (cont.)

5) yes
   No
   NO

A Federal court issue

## Count 20

1) constitutional Right violation
   5th Amendment of U.S. Constitution

2) Due process of law

3) In civil action 2:19-CV-05492-PHx-MTL-(ESW) the United States of America is Depriving Just Compensation and Due process of Law in A civil action Accepted for trial. In False Arrest and False Inprisonment civil action

4) Due process of Law violations

                4E of 23 of 49

## Count 20 (cont)

5) yes
No
No
A Federal Court Issue

## Count 21
## Cause of Action

1) Constitutional Right or civil Rights violation — 74th Amendment of the U.S. Constitution.

2) Access to the Courts

3) On March 31st 2022 and April 27st 2022 the Para-legal of ASPC-Tucson on Rincon Unit Refused Indigent Legal copies In civil action(s) and Motion(s) to the Federal District Court of Arizona (Tucson)

4F of 23 of 49

## Count 21 (cont.)

4) Deprived Liberty and property
In habeas case(s)

5) yes
   No
   NO. A Federal court Issue

## Count 22
### Cause of Action

1) constitutional or civil Rights
violated - ~~Access to~~ 14th
Amendment of the U.S. Constit-
ution.

2) Access to the Courts

3) On March 31st 2022, Legal
Supplies were Approved by
the Law Library. IN (30) thirty

<u>4G</u> of <u>13</u> of 49

## COUNT 22 (cont)

days this Petitioner who is Indigent has Not Recicved those Indigent Legal supplies From the Arizona Dept. of Corrections. which Contains An Ink Pen, (5) Five Manilla Envelopes, (2) two writing tablets and (5) Five Pre-paid Number 10 Envelopes. (I) one Golf Pencil. In which held up the re-filing of several Motions to this Court. For Several Cases, under color of state Law.

4) Denied Access to the courts

5) yes
    No
    No
    A Federal Court Issue
        4 H of 13 of 49

## Count 23
## cause of Action

1) Constitutional or civil Rights violation(s) – 14th Amendment of the U.S. Constitution.

2) Access to the Courts.

3) On March 16th 2022 under color of State Law with the Authority of the Dept. of Corrections of the State of Arizona. In official Capacity C/o Byrd (mail/property) Correctional officer Refused to File Federal court motions, because this Petitioner has ZERO Balance IN HER State prisoner Account. SO Indigent

4 I of 23 of 49

## COUNT 23 (cont)

Legal Mail was Refuse to be Mail Because of <u>No Funds,</u> In my Account.
(See exhibits ADC 104/105)
(Enclosed)

4) Denied Access to the courts For time limited motions.

5) yes
        NO
        NO
            A Federal court Issue

## Count 24
### Cause of Action

1) Constitutional or civil rights Violation - Eighth Amendment of the U.S. Constitution

4 J of <u>13</u> of 49

## COUNT 24 (CONT)

2) Cruel and unusual punishment.

3) During AN unconstitutional conviction. From March 10th 2022 up to At least May 1st 2022. Under color of state Law with the Authority of the Arizona Dept of Corrections.

Defendant(s) at Rincon unit have used Food as A Form of punishment and Retaliation Feeding Meals 12 to 18 hours Apart. Feeding only two Meals on Saturday and Sunday.

In the SAME 2000 calorie diet. One less Meal on Weekends And Feeding cold Meals three times A Day with No Hot Food.

4 K of 13 of 49

# (Count 24) cont.

4) Cruel and unusual punishment During An Unlawful Conviction and habeas Case(s)

5) Yes
   No
   Yes

## Count 25
## Cause of Action

1) Constitutional or civil rights Violation - 14th Amendment of U.S. Constitution.

2) Deprivation of Liberty.

3) By Error of the Federal courts

$\frac{51}{}$ of $\underline{13}$ of 49

## COUNT 25 (CONT)

3) this Petitioner was Denied Liberty From An Unconstitutional Conviction under 28. U. S. C. S Section 1915. In which Doesn't Apply to habeas corpus case(s) For/under unlawful Confinement. For several civil actions

4) Deprived Life, Liberty and property by Error of the court.

5) yes
   yes
   YES
   was told A court issue

4M of 13 of 49

## Count 26
## Cause of Action

1) Constitutional or civil right's Violation — 14th Amendment of the U.S. Constitution.

2) Access to the Courts

3) On April 28th 2022. MR. Torres (Law Library clerk) refused to provide more then one copy of section 1983 Packets to petition for redress of government grievances to this Petitioner. Alfred Caraffa ADC#350727

4) Denied Forms to Access the

5A of 12 of 49

## Count 26 (cont)

4) Courts using pro pure forms.

5) yes
   NO
   NO - A Federal court is the
highest level.

## Count 27
## Cause of Action

1) Constitutional or civil rights
Violation - Deliberate Indifference

2) Threat to Safety

3) Between 2/28/22 and 5/2/22
(But not limited too) under color
of State Law with the Authority
of the Arizona Dept. of Corrections

5B of 72 of 49

Count 27 (cont)

(3)- Employes of the Arizona Dept. of Corrections and the Medical Dept. of ASPC-Tucson (Rincon Unit) have created An Unsafe and cruel enviorment for this Petitioner During An Unconstitutional and Unlawful Conviction on the Basis of clear and convincing evidence which is in conflict with Arizona Constitutional Laws.

4) Denied protective custody In An Unlawful Conviction habess Corpus Case(s)

5) yes
    NO
    yes

5 C of 72 of 49

## Count 28
## Cause of Action

1) constitutional or civil right(s) violated - Eighth (8)th Amendment of the U.S. Constitution

2) CRUEL AND UNUSUAL punishment

3) UNDER color of state Law with the Authority of the Arizona Dept. of Corrections. Defendant(s) at Arizona State Prison Complex-Tucson (Rincon Unit) and Members of the Medical Department USE An Mental Health Treatment Unit As A form of punishment During An unlawful time in ASPC-Tucson Custody MS. Alfred E. Caraffa ADC# 350727 was found compenant to stand trial with An Alix II

5D - of 22 of 49

## Count 28 (cont)

(3) Mental Health Disorder of Anti-social Personality disorder with requires NO MEDICATION. the Petitioner is Not Being Treated with Counseling by the Medical Dept. And hAS seen one Doctor for AN evualation in almost 60 days, of illegal housing After verbally/physically requesting Protective Custody twice in over 60 day. As AN Transgender (Kidnapped) prisoner.

4) Retaliation in Form of Mental Torment And unlawful housing

5) yes
   No
   Yes - The Federal Court is the highest level.

$\underline{5E}$ of $\underline{12}$ of 49

# COUNT 29.
## Cause of Action

1) Constitutional or civil right Violation(s) — FIFTH Amendment United States Constitution.

2) Due process of Law

3) under an UNConstitutional CONViction with Authority of the United States of America IN Several civil action(s) Filed by this Petitioner the District Court of Arizona in (Phoenix) and (Tucson) as well AS the 9th Circuit Court of Appeals have Make MAny Errors of the Court which have Deprived and prolonged the UNConstitutional

5F of 22 of 49

# Count 29
## (Contiuned)

(3) Incarceration of Alfred Erik Caraffa ADC #350727

(4) Deprived Liberty without legal and Constitutional Due process of Law.

(5) YES
    NO
    NO
   A Federal court ISSUE

## Count 30
## Cause of Action

(1) constitutional or civil right Violation—14th Amendment of the U.S. Constitution

2) undue cost

56 of 12 of 49

# Count 30
## - Continued -

(3) UNDER the Authority of the United states. FEDEral District Court ~~Issue~~ Judges under official Capacity of the United States of America have Made grave Errors of the Federal District Court and United States 9th circuit Court of Appeals IN Every civil action Filed by This PEtitioner. To undue Cost to the Taxpayers of the State of Arizona IN All the habeas Case(s) During Alfred E. Caraffa's UNlawful Incarceration.

(4) undue Cost to Arizona tax-payers of the state of Arizona.

(5) yes
NO
NO
A Federal Jurisdiction issue

5H of _12_ of 49

# Count 37

(1) Constitutional or civil rights Violation - sixth Amendment of the U.S. Constitution.

(2) Denial of Appeal

(3) UNDER AN UNconstitutional Conviction, the Authority of the State of Arizona Court of Appeals, Denied Jurisdiction in the Appeal of Criminal case Number CR2019-155732001 (State of Arizona V. Alfred E. Caraffa) (see motion under 4:22-cv-00742-Tuc-JGZ-(PSuT) 1 of 4 pages Page 4 Exhibit Dated March 8th 2022) violating constitutional Laws to Appeal all criminal Actions.

4) violations of U.S. Constitutional Rights given to All citizens of this united states.

5I of 12 of 49

## COUNT 31 (CONT.)

5- yes

No

No - A federal Issue (since Arizona
court of Appeals Lacks Jurisdiction in
my criminal unconstitutional conviction.)

## COUNT 32

1) Constitutional Right violated - First
Amendment of the United States Constitution

2) Access to the State courts

3) under Ruling by the Arizona Supreme
Court of Appeals, the State of Arizona
Lacks Jurisdiction of my criminal
Judgment in case No. CR2079-75573-2007

4) violations to U.S. Constitutional Rights
given to All citizens of this United States

5J of 22 of 49

# Count
## 31 (cont.)

(5) yes
No
NO - A federal court Issue

## Count 32

(1) Constitutional Right violated (7th)
SEVENTH Amendment of U.S. Constitution.

(2) Access to the courts

(3) under Authority of this United States
federal employees of the United States
have dismissed several civil action(s)
under errors of the Court to prolong
the Unlawful and unconstitutional
confinement/and conviction of Alfred Erik
Careffe ADC#350727
under Authority of the State of Arizona
the Attorney General of Arizona and
the Ex-Attorney General Mark Bronvich

5k of 12 of 49

## Count 32 (cont)

(3)(cont.) have impeaded and cost undue
punishment also undue cost to the
State of Arizona in the Compensation
to be paid to this Petitioner Alfred Erik
Caraffa ADC#350727
the Attorney General, has had several copies
of the Indictment/ Summons to Arraignment
since Jan. 2022. And has Done Nothing
to prevent Irreparable harm to the
State Budget of Arizona
    In An "clear and convincing" Statue
of Arizona Constitutional Laws

(4) violation(s) of Arizona constitutional
Laws and United States Constitutional
Laws.

(5) yes
    No
    No
    A federal Court Issue.

5L of 12 of 49

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

1) One Hundred Million Dollars For Each civil action Filed since Jantuary 2020 and Interest on Each Judgment 2) One Billion Dollars Against State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 23rd 2022_          _____
           DATE                          SIGNATURE OF PLAINTIFF

Alfred E CARACA 350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

In custody of
(Signature of attorney, if any)

Arizona Dept of Corrections
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

47 oF 49

6 - A

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
of Arizona(3) Criminal Charges for Conspircy
to Deprive Constitutional Rights, privileges and civil
Rights to An Citizen of the United States.
(4) Costs of copies, postage(Legal)(5)#750,000,000 Dollars
for Cruel and unusual punishment and emotional
distress(6) 9 million Dollars against the United States of
America for each civil Action deprivation. Since Jan. 2020
(Doesn't include Case 2:19-CV-05492-PHX-MTL-ESW)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29th 2022
                DATE                              SIGNATURE OF PLAINTIFF
                                            ADC#350727

Alfred E. Caraffa #350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

In Custody of Arizona D.O.C.
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

48 of 49

6-(B)

# Footnotes

1) President Joe Biden in official capacity only Arizona Dept. of Corrections In official and Individual Capacities.

2) United States in official Capacity only.

49 of 49 of 49
Total